**Fill in this information to identify the case:**

Debtor 1 JOSEPH CHADWICK MCDANIEL

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: WESTERN DISTRICT OF LOUISIANA

Case number 18-50520

# Form 4100R

## Response to Notice of Final Cure Payment 10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of creditor?** U.S. Bank Trust National Association as trustee for Brackenridge Mortgage Trust

Court Claim no. (if known): 14

**Last 4 digits of any number you use to identify the debtor's account** 3342

**Property Address:** 111 DEVON WAY
Number    Street

YOUNGSVILLE, LA 70592
City        State    Zip

### Part 2: Prepetition Default Payments

Check one

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is: $ _____

### Part 3: Postpetition Mortgage Payments

Check one

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 07/15/2022
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due: (a) $ _____
b. Total fees, charges, expenses, escrow, and costs outstanding: (b) $ _____
c. **Total.** Add lines a and b. (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: _____
MM / DD / YYYY

| Part 4: | Itemized Payment History |
|---|---|

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

| Part 5: | Sign Here |
|---|---|

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box*:

☐ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X  /s/Ashley L. Cutler
   Signature

Date 07/21/2022

Print     Ashley L Cutler                             Title   Attorney for Creditor

Company   Dean Morris, L.L.C.

**If different from the notice address listed on the proof of claim to which this response applies:**

Address   1505 North 19th Street
          Number          Street
          Monroe, LA 71201
          City            State       Zip Code

Contact phone  (318) 388-1440          Email   ljacob@creditorlawyers.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

IN RE: JOSEPH CHADWICK MCDANIEL      CASE NO. 18-50520
     CHAPTER 13

**CERTIFICATE OF SERVICE**

I, Ashley L Cutler, hereby certify that I have notified the following interested parties of the Response to Notice of Final Cure Payment filed by U.S. BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE FOR BRACKENRIDGE MORTGAGE TRUST, as reflected on the foregoing notice, to-wit:

| | |
|---|---|
| Joseph Chadwick McDaniel<br>111 Devon Way<br>Youngsville, LA 70592 | Keith A. Rodriguez<br>Trustee<br>P.O. Box 3445<br>Lafayette, LA 70502-3445 |
| Rodd C. Richoux<br>Attorney at Law<br>110 E. Kaliste Saloom Road, Suite 205<br>Lafayette, LA 70508 | Office of the U.S. Trustee<br>300 Fannin Street<br>Suite 3196<br>Shreveport, LA 71101 |

by mailing this notice and a copy of the Response to Notice of Final Cure Payment filed herein by United States Mail, first class, postage prepaid and properly addressed, all on this the 21st day of July, 2022.

DEAN MORRIS, L.L.C.
1820 Avenue of America
P.O. Box 15270
Monroe, LA 71207-5270
(318) 388-1440

/S/Ashley L Cutler
Ashley L Cutler

ATTORNEY FOR CREDITOR

Date: July 21, 2022