# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA

IN RE:  JOSEPH MCDANIEL                          CASE NO: 18-50520

---

## MOTION OF CURING MORTGAGE DEFAULT BY TRUSTEE
## RUSHMORE LOAN MANAGEMENT
### Court Claim # 14

NOW INTO COURT, comes KEITH RODRIGUEZ, Standing Chapter 13 Trustee who files

this Motion and in support thereof respectfully alleges:

1.

Pursuant to Rule 3002.1(f) the trustee has filed a Notice of Default Cure in this matter.

2.

RUSHMORE LOAN MANAGEMENT has responded agreeing with the information

provided by the trustee.

3.

Based upon the foregoing the trustee takes the position that the default has been cured and

the debtors are otherwise current on all payments consistent with 11 U.S.C. 1322(b)(5).

WHEREFORE, trustee prays that after notice and hearing the Court enter an Order herein the

foregoing respects.

/s/ KEITH RODRIGUEZ
KEITH RODRIGUEZ
STANDING CHAPTER 13 TRUSTEE
P O BOX 3445
LAFAYETTE, LA  70502-3445
(337)233-4413

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion of Curing Mortgage Default by Trustee was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 22nd day of July, 2022.

JOSEPH MCDANIEL, 111 DEVON WAY, YOUNGSVILLE, LA 70592

ELECTRONIC SERVICE - RODD C RICHOUX, RICHOUX LAW FIRM, 1014 AUBURN AVE LAFAYETTE, LA 70503

RUSHMORE LOAN MANAGEMENT, P O BOX 55004, IRVINE, CA 92619

ELECTRONIC SERVICE - DEAN MORRIS LLP, 1505 NORTH 19TH ST, MONROE, LA 712(

ELECTRONIC SERVICE - United States Trustee

Date: July 22, 2022

/s/ KEITH RODRIGUEZ
KEITH RODRIGUEZ
STANDING CHAPTER 13 TRUSTEE
P O BOX 3445
LAFAYETTE, LA 70502-3445
(337)233-4413